# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600321

_____

## UNITED STATES OF AMERICA
Appellee

v.

## TEVIN J. NORMAN
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Forrest W. Hoover, USMC.
Convening Authority: Commanding Officer, Headquarters and Headquarters Squadron, Marine Corps Air Station New River, Jacksonville, NC.
Staff Judge Advocate's Recommendation: Major William D. Ivins, III, USMC.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 10 January 2017

_____

Before CAMPBELL, RUGH, and MILLER, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court